IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| PATRICK C. COLLINS and THOMAS MCINTOSH, | : | CIVIL ACTION |
|---|---|---|
| Plaintiffs, | : | |
| vs. | : | NO. 08-1422 |
| OMEGA FLEX, INC., trading as OMEGAFLEX, | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 15th day of June, 2010, upon consideration of Plaintiffs' Motion *in Limine* Seeking to Exclude Evidence Relating to Abdullah S. Sarnor (Document No. 35, filed May 13, 2010), and Defendant's Response to Plaintiffs' Motion *in Limine* to Exclude Evidence Relating to Abdullah S. Sarnor (Document No. 36, filed June 1, 2010), on the present state of the record, and for the reasons set forth in the Memorandum dated June 15, 2010, **IT IS ORDERED** as follows:

1. That part of plaintiffs' motion which seeks exclusion of the Deposition Transcript of Abdullah S. Sarnor is **GRANTED WITHOUT PREJUDICE** to the right of defendant to seek reconsideration of the Court's ruling at trial, if warranted by the facts and circumstances.

2. That part of plaintiffs' motion which seeks exclusion of the following documents relating to Abdullah S. Sarnor is **DENIED WITHOUT PREJUDICE** to the right of plaintiffs to object to questions relating to the documents which plaintiffs deem to be inadmissible: (a) PennDOT Certificate and Attestation, (b) Separation Notice, and (c) Time Record for the Week of 5/8 to 5/13.

3. That part of plaintiffs' motion which seeks exclusion of all information and testimony involving or relating to Abdullah S. Sarnor is **DENIED WITHOUT PREJUDICE** to the right of plaintiffs to object to specific questions concerning Abdullah S. Sarnor at trial.

**BY THE COURT:**

　　　/s Jan E. Dubois　　　
**JAN E. DUBOIS, J.**